Elliot Gale (Bar #263326)
egale@gajplaw.com
Joe Angelo (Bar #268542)
jangelo@gajplaw.com
Gale, Angelo, Johnson, & Pruett, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, CA 95747
916-290-7778 ph
916-721-2767 fax

Attorneys for Plaintiff
Raymond Block

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| RAYMOND BLOCK<br><br>Plaintiff,<br><br>v.<br><br>LOANDEPOT.COM, LLC<br><br>Defendant. | Case No.: 2:20-cv-05215-DDP-AFM<br><br>NOTICE OF SETTLEMENT WITH DEFENDANT LOANDEPOT.COM, LLC |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**PLEASE TAKE NOTICE THAT** plaintiff Raymond Block and defendant loanDepot.com, LLC have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement. Plaintiff anticipates filing a dismissal of loanDepot.com, LLC within 15 days once the settlement is finalized.

Dated: August 26, 2020

**Gale, Angelo, Johnson, & Pruett, P.C.**
/s/ *Joe Angelo*
Joe Angelo
Attorney for Plaintiff

NOTICE OF SETTLEMENT - 1